IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                No. CR S-97-0026 GEB GGH P

    vs.

RICO DURAN MAYO,

        Movant.                   FINDINGS AND RECOMMENDATIONS

_____/

        Movant is proceeding with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Court records indicate that movant previously filed a motion pursuant to 28 U.S.C. § 2255 which the court dismissed as barred by the statute of limitations on April 8, 2004.

        If this is a second or successive motion, movant must move in the Ninth Circuit Court of Appeals for an order authorizing this court to consider the motion. 28 U.S.C. § 2255; 28 U.S.C. § 2244. According to the rule set forth in Slack v. McDaniel, a petition will not be deemed a "second or successive" petition for purposes of Section 2244 where the prior petition "was not adjudicated on the merits." See Green v. White, 223 F.3d 1001, 1002 n. 1 (9th Cir. 2000), citing Slack v. McDaniel, 529 U.S. 473, 485-486 (2000). The law is clear that a dismissal based on the statute of limitations is an adjudication on the merits of the claim. See Ellingson v.

Burlington Northern Inc., 653 F.2d 1327, 1330 n. 3 (9th Cir. 1981)("[a] judgment based on the statute of limitations is 'on the merits'"); see also Plaut v. Spendthrift Farm, 514 U.S. 211, 228 (1995)("The rules of finality, both statutory and judge made, treat a dismissal on statute-of-limitations grounds the same way they treat a dismissal for failure to state a claim, for failure to prove substantive grounds the same way they treat a dismissal for failure to state a claim, for failure to prove substantive liability, or for failure to prosecute: as a judgment on the merits.") Thus, because movant's prior motion was adjudicated on the merits, the instant motion is a "second or successive motion."

Accordingly, the court recommends that this action be dismissed because movant has not obtained permission from the Ninth Circuit to proceed with this second or successive motion.

IT IS HEREBY RECOMMENDED that:

1. This action be dismissed;

2. The clerk of the court be directed to close the companion civil case No. CIV S-06-1525 GEB GGH.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 9/11/06                                                        /s/ Gregory G. Hollows

                                                                             GREGORY G. HOLLOWS
                                                                             UNITED STATES MAGISTRATE JUDGE

may26.fr