IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,  2:97-cr-0026-GEB-GGH

vs.

RICO DURAN MAYO,

    Movant.  <u>ORDER</u>

_____/

    On December 11, 2006, the court dismissed movant's motion to vacate, set aside or correct his sentence brought pursuant to 28 U.S.C. § 2255. Movant had not brought his first § 2255 motion within the prescribed statute of limitations. Pending before the court is movant's April 3, 2009, motion for relief from judgment brought pursuant to Fed. R. Civ. P. 60(b). After reviewing the record, especially the long delay in seeking to reopen the case pursuant to Rule 60(b)(6), the court finds that movant's motion is without merit.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED that movant's April 3, 2009, motion for relief from judgment (no. 71) is denied.

Dated: April 24, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge