IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:97-cr-00026-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICO DURAN MAYO | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Rico Duran Mayo filed a "Motion for Reduction in Sentence under 18 U.S.C. § 3582(c)(2), and FSA of 2010" on January 3, 2011, in which he requests a reduction of sentence "for the reasons that the defendant was sentenced to a term of imprisonment base[d] upon a sentencing range . . . that was subsequently lowered[.]" (ECF No. 80.)

The government is requested to file a written response to Defendant's motion as soon as practicable.

IT IS SO ORDERED.

Dated:  January 6, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1