UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:97-cr-00026-GEB |
|---|---|
| Plaintiff, | |
| v. | |
| RICO DURAN MAYO, | |
| Defendant. | |

Supervisee Rico Duran Mayo filed a request on August 27, 2018, in which he seeks an order authorizing termination of his supervised release. Def.'s Mot. to Terminate Remaining Terms of Supervised Release, ECF No. 106. A United States Probation Officer in the District of Colorado, where Mr. Mayo resides, was contacted by the undersigned judge about the request. That Probation officer said he previously advised Mr. Mayo of his right after one year of successful supervision to petition the court for early termination under 18 U.S.C. § 3583(e)(1). That statute prescribes: "The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18

1

U.S.C. § 3583(e)(1).

Mr. Mayo has been on supervision for approximately 18 months of his 60-month term of supervised release, which makes him statutorily eligible for early termination of supervised release. The Probation Officer provided meaningful input on the pending motion, revealing as follows that Mr. Mayo presently satisfies all but one of the below criteria that has been approved by the Judicial Conference Committee on Criminal Law:

- Stable community reintegration – Mr. Mayo has resided in Colorado since his release on February 24, 2017. Mr. Mayo currently resides with his sister in Colorado Springs, Colorado.
- No recent arrests or convictions – Mr. Mayo has had no new arrests or any unresolved pending charges while on supervised release.
- No recent evidence of alcohol or drug abuse – Mr. Mayo has completed substance abuse counseling and he has been randomly drug tested throughout his supervision with no evidence of drug or alcohol use.
- No recent psychiatric episodes – Mr. Mayo has never been treated by a psychiatrist or psychologist and has never suffered from a mental or emotional disorder.
- No identifiable risk to the safety of any victim – there are no identifiable risks to any victim.
- No identifiable risk to public safety based on assessments – Mr. Mayo has a current risk category of "low/moderate" on the Post-Conviction Risk Assessment. In this category, 17% of offenders have their supervision revoked and 6%

are rearrested within 12 months from their initial assessment.

- Progressive strides toward supervision objectives and in compliance with all conditions of supervision – Mr. Mayo is in compliance with all of his conditions of supervised release and has maintained gainful employment since the commencement of his supervision.

Mr. Mayo does not meet the following criteria for early termination of supervised release:

- History of violence – Mr. Mayo has a history of arrests for fighting in public, battery, battery on a peace officer and inflicting corporal injury on a spouse or cohabitant, all of which were misdemeanor convictions.

Although Mr. Mayo's criminal history involves offenses occurring prior to the instant offense, at this time that criminal history is a weighty and determining factor and weighs against granting the present motion. Mr. Mayo is commended for his positive adjustment and behavior on supervised release, which indicates his risk for recidivism has diminished for the betterment of the community and himself, and bodes well for him eventually achieving his objective of obtaining an early termination of his term of supervised release. However, the present motion is denied.

Dated: September 14, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge

3