McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:97-CR-00026-JAM |
| Plaintiff, | ORDER RE: DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| RICO DURAN MAYO, | |
| Defendant. | |

**ORDER**

Having considered Mr. Mayo's Motion for Early Termination of Supervision (Doc. 108), and the government's Statement of Non-opposition to that motion (Doc. 110), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges RICO DURAN MAYO pursuant to 18 U.S.C §3583(e)(1).

Dated: October 16, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE